# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  1/21/2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

            Plaintiff      **SCHEDULING ORDER**

   -against-       7:21-CR-0015-UA

RICHARD LOCKETT
            Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Indictment for 1/25/2021 at 10:30 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:   January 21,2021
        White Plains, New York

                                SO ORDERED:

                                s/       PED
                                _____

                                PAUL E. DAVISON
                                United States Magistrate Judge