UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

           -against-                              **SCHEDULING ORDER**

Richard Lockett,                                    21 CR 15 (KMK)

                         Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A change-of-plea hearing in this matter has been scheduled for **Tuesday, February 9, 2021, at 10:30 a.m.** before Magistrate Judge Krause

      Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line.  To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

      Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: February 4, 2021
       White Plains, New York

                                                          **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge