**MEMO ENDORSED**

CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

February 8, 2021

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Richard Lockett* - 21 Cr. 15 (KMK)

Dear Judge Karas:

I am writing to ask the Court to make a Cares Act finding so that Mr. Lockett can enter a guilty plea before Magistrate Judge Krause upon your referral to him. The plea has been scheduled for Tuesday morning, February 9, 2021.

While obviously Mr. Lockett and I do not know what sentence the Court will ultimately impose, if he enters a guilty plea on February 9 and is sentenced several months later it is certainly anticipated that I can make a request in good faith that he get a sentence of time served. As a result of the pending pandemic, and the inability to schedule in person appearances for a guilty plea, it is respectfully requested that the Court make a finding that permits Mr. Lockett to enter a guilty plea telephonically and in a remote proceeding on February 9.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

Kerry A. Lawrence

Granted. The Court finds, under the CARES Act, that the guilty plea may proceed telephonically, as the current pandemic makes in-person proceedings a threat to the health of the Parties and Court staff, but delay of the proceedings is not in the interests of justice in light of the possibiblity that delay could unnecessarily prolong Mr. Lockett's detention.

So Ordered.

2/8/21

cc:   AUSA James Ligtenberg (by ecf)