UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RICHARD LOCKETT

                              Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 15 (KMK)

Defendant <u>Richard Lockett</u> hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or <u>X</u> teleconferencing:

\_\_\_   Initial Appearance Before a Judicial Officer

\_\_\_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_   Bail/Detention Hearing

\_\_\_   Conference Before a Judicial Officer

<u>X</u>   Plea


/S/Richard Lockett (by counsel with permission)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Richard Lockett
Print Defendant's Name

Kerry A. [signature]
Defendant's Counsel's Signature

Kerry A. Lawrence
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/9/21
Date

[signature]
~~U.S. District Judge~~/U.S. Magistrate Judge

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

February 8, 2021

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. Richard Lockett
           21 Cr. 15 (KMK)

Dear Judge Karas:

    This is to inform the Court that, with respect to the plea scheduled for February 9, 2021, my client Richard Lockett after consulting with me waives his right to be physically present and consents to enter a guilty plea by teleconference.

    A consent form is attached hereto.

    The Court's consideration of this letter is appreciated.

                                  Respectfully submitted,

                                  Kerry A. Lawrence

cc:    All counsel (by ecf)