**MEMO ENDORSED**

CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

May 28, 2021

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Richard Lockett
21 Cr. 15 (KMK)

Dear Judge Karas:

I represent Richard Lockett, who is scheduled to be sentenced by Your Honor on June 16, 2021. The purpose of this letter is respectfully to request that sentencing be adjourned to a date in the first week of August. The reasons for the request are that I am still gathering information needed to prepare a sentencing memorandum and the defendant wishes to appear in person for sentencing.

Assistant United States Attorney James Alan Ligtenberg advises that he has no objection to the requested adjournment.

I appreciate Your Honor's consideration of this matter.

Respectfully submitted,

Kerry A. Lawrence

Kerry A. Lawrence

KAL/kvm

cc: AUSA James Alan Ligtenberg (by ECF)

*Granted. The sentence will go forward on August 4, 2021 at 1:00 PM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/2/2021